"UNDER SEAL"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NOS. 3:06MJ63

FILED
CHARLOTTE, N.C.
MAR 30 2006
U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| United States of America ) | ORDER TO SEAL |
| ) | |
| v. ) | |
| ) | |
| JACOB RONALD CHACON KRONE ) | |
| Defendant, ) | |

On the government's motion to seal in the above-captioned file, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall seal each this file until further order of the Court.

Signed this the 30th day of March , 2006.

_____
CARL HORN, ~~CHIEF~~
UNITED STATES MAGISTRATE JUDGE